# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case Nos. 5D23-2107
5D23-2111
LT Case Nos. 1988-CF-006652-A
2022-CF-24908

———————————————

JOEL CHRISTOPHER
MCALLISTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On Appeal from the Circuit Court for Brevard County.
David C. Koenig, Acting Circuit Judge.

Matthew J. Metz, Public Defender, and Betty Wyatt, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Marissa V.
Giles, Assistant Attorney General, Daytona Beach, for Appellee.

February 2, 2024

PER CURIAM.

In these consolidated appeals proceeding under *Anders v.
California*, 386 U.S. 738 (1967), we affirm, without further
discussion, the trial court's order denying Appellant's dispositive

motion to suppress the evidence obtained from the search of his vehicle and the judgments and sentences thereafter imposed following his no contest plea in both cases.

However, because there appears to be a clerical error in the judgment entered in circuit court case number 1988-CF-006652 as it reflects Appellant's conviction for burglary with a battery as a first-degree felony ("F1"), instead of a first-degree felony punishable by up to life in prison ("F1-PBL"), we remand for the trial court to enter a corrected judgment.

AFFIRMED; REMANDED with directions to correct clerical error.

EDWARDS, C.J., WALLIS, and LAMBERT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2